

EXHIBIT B

NORTH CAROLINA

WAKE COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
13 CVS 6922

MARKETEL MEDIA, INC., and SAMUEL HASSELL, )
)
)
Plaintiffs, )
)
v. )
)
MEDIAPOTAMUS, INC., and KELLY JENKINS ORTIZ, )
)
)
Defendants. )

**NOTICE OF REMOVAL**

TO: Plaintiffs Marketel Media, Inc., and Samuel Hassell, through counsel:
William S. Cherry III
Manning, Fulton & Skinner, P.A.
Post Office Box 20389
Raleigh, North Carolina 27619-0389

PLEASE TAKE NOTICE that the defendants, Mediapotamus, Inc., and Kelly Jenkins Ortiz (hereinafter "defendants"), through counsel, have this day filed a "Notice of Removal" with the United States District Court for the Eastern District of North Carolina, for the removal of this action from Wake County Superior Court Division, North Carolina, to the United States District Court for the Eastern District of North Carolina. A copy of the Notice of Removal filed with the Federal Court is attached hereto as Exhibit A.

This the 13th day of June, 2013.

CRANFILL SUMNER & HARTZOG LLP

BY: _____
DAN M. HARTZOG
N.C. State Bar No. 5648
Attorneys for Defendants
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone (919) 828-5100
Facsimile: (919) 828-2277
E-mail: dmh@cshlaw.com

- 2 -

1717423 v1    Case 5:13-cv-00427-D    Document 1-2    Filed 06/13/13    Page 2 of 3

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached *"Notice of Removal to Federal Court"* on all of the parties by depositing a copy, postage prepaid, in the United States Mail, addressed to the attorney for each party as follows:

William S. Cherry III
Manning, Fulton & Skinner, P.A.
P.O. Box 20389
Raleigh, NC 27619-0389

This the 13th day of June, 2013.

CRANFILL SUMNER & HARTZOG LLP

BY: _____
DAN M. HARTZOG
N.C. State Bar No. 5648
Attorneys for Defendants
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone (919) 828-5100
Facsimile: (919) 828-2277
E-mail: dmh@cshlaw.com