UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:13-cv-00427-D

MARKETEL MEDIA, INC., and )
SAMUEL T. HASSELL, )
 )
Plaintiffs, )
 )
v. )
 )
MEDIAPOTAMUS, INC., and KELLY )
JENKINS ORTIZ, )
 )
Defendants. )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, **Defendant Mediapotamus, Inc.,** makes the following disclosure:

1.     Is party a publicly held corporation or other publicly held entity?
       [ ]     YES           [ x ]   NO

2.     Does party have any parent corporations?
       [ ]     YES           [ x ]   NO

     If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3.     Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
       [ ]     YES           [ x ]   NO
     If yes, identify all such owners:

4.     Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 7.3 or Local Criminal Rule 12.3)?
       [ ]     YES           [ x ]   NO

1

1717419 v1

If yes, identify entity and nature of interest:

5.      Is party a trade association?
        [ ]     YES                     [ x ]    NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.      If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee: N/A.

        This the 13th day of June, 2013.

                                        /s/ DAN M. HARTZOG
                                        N.C. State Bar No. 5648
                                        Attorneys for Defendants
                                        CRANFILL SUMNER & HARTZOG LLP
                                        Post Office Box 27808
                                        Raleigh, North Carolina 27611-7808
                                        Telephone:  919/828-5100
                                        Facsimile:  919/828-2277
                                        E-mail: dmh@cshlaw.com

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:13-cv-00427-D

MARKETEL MEDIA, INC., and            )
SAMUEL T. HASSELL,                   )
                                     )
                   Plaintiffs,       )
                                     )
          v.                         )          **CERTIFICATE OF SERVICE**
                                     )
MEDIAPOTAMUS, INC., and KELLY        )
JENKINS ORTIZ,                       )
                                     )
                   Defendants.       )

_____

I hereby certify that on June 13, 2013, I electronically filed the foregoing *Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation* with the Clerk of Court using the CM/ECF system, and will deposit the foregoing documents in the US Mail addressed to the following counsel:

William S. Cherry III
Manning, Fulton & Skinner, P.A.
P.O. Box 20389
Raleigh, NC 27619-0389
*Attorneys for Plaintiffs*

/s/ DAN M. HARTZOG
N.C. State Bar No. 5648
Attorneys for Defendants
CRANFILL SUMNER & HARTZOG LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone: 919/828-5100
Facsimile: 919/828-2277
E-mail: dmh@cshlaw.com

3