IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CV-427-D

| | | |
|---|---|---|
| MARKETEL MEDIA, INC., SAMUEL T. HASSELL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | (No. 5:13-CV-427-D) |
| MEDIAPOTAMUS, INC., KELLEY J. ORTIZ, | ) ) ) ) | |
| Defendants. | ) | |
| | | |
| KELLEY JENKINS ORTIZ, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | (No. 5:13-CV-693-D) |
| SAMUEL T. HASSELL, MARKETEL MEDIA, INC., INTELIMARC, INC., and DOES 1–10, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

On October 30, 2014, Kelly Jenkins Ortiz filed a motion to compel discovery [D.E. 48]. On November 13, 2014, Samuel T. Hassell and Marketel Media, Inc. filed a motion to seal [D.E. 53]. On November 20, 2014, Kelly Jenkins Ortiz filed a motion to seal [D.E. 57]. On December 4, 2014, Samuel T. Hassell and Marketel Media, Inc. filed a motion to seal [D.E. 60]. The court refers the motion to compel [D.E. 48] to Magistrate Judge Gates for disposition. See 28 U.S.C. § 636(b)(1)(A). The court GRANTS the motions to seal [D.E. 53, 57, 60].

SO ORDERED. This **29** day of December 2014.

JAMES C. DEVER III
Chief United States District Judge