UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARKETEL MEDIA, INC., ) <br> SAMUEL T. HASSELL, ) <br> ) <br>       Plaintiffs, ) <br> ) <br>       v. ) <br> ) <br> MEDIAPOTAMUS, INC., ) <br> KELLY J. ORTIZ, ) <br> ) <br>       Defendants. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **(CASE NO. 5:13-CV-427-D)** |
| KELLY JENKINS ORTIZ, ) <br> ) <br>       Plaintiff, ) <br> ) <br>       v. ) <br> ) <br> SAMUEL T. HASSELL, ) <br> MARKETEL MEDIA, INC., ) <br> INTELIMARC, INC., and DOES 1-10, ) <br> ) <br>       Defendants. ) | **(CASE NO. 5:13-CV-693-D)** |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that in accordance with the court's order entered on May 19, 2015, movant's motion for summary judgment is GRANTED IN PART and DENIED IN PART. The court dismisses Intelimarc, Inc. as a defendant.

This Judgment Filed and Entered on August 26, 2015, and Copies To:
William S. Cherry, III   (via CM/ECF Notice of Electronic Filing)
Natalie M. Rice              (via CM/ECF Notice of Electronic Filing)
Andrew J. Epstein       (via CM/ECF Notice of Electronic Filing)
Alka Srivastava           (via CM/ECF Notice of Electronic Filing)
Dan M. Hartzog         (via CM/ECF Notice of Electronic Filing)

DATE                                JULIE RICHARDS JOHNSTON, CLERK OF COURT
August 26, 2015

                                          /s/ Crystal Jenkins
                                       (By): Crystal Jenkins, Deputy Clerk