UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARKETEL MEDIA, INC., and SAMUEL T. HASSELL,<br>　　　　　Plaintiffs,<br><br>V.<br><br>MEDIAPOTAMUS, INC., and KELLY JENKINS ORTIZ,<br>　　　　　Defendants.<br><br>KELLY JENKINS ORTIZ,<br>　　　　　Plaintiff,<br>V.<br><br>SAMUEL T. HASSELL, MARKETEL MEDIA, INC., INTELIMARC, INC. AND DOES 1-10,<br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-427-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Kelly Jenkins Ortiz's Motion (i) to Re-Open the Case to Enter Consent Judgment and (ii) for Attorneys' Fees is GRANTED, the Consent Judgment attached below is hereby entered against Samuel T. Hassell and Marketel Media, Inc. jointly and severally, and amount of the Consent Judgment is increased by $2,490.00 for attorneys' fees for Kelly Jenkins Ortiz for a total judgment of $502,490.00 plus interest on all unpaid amounts, beginning on the date of this Order, at 8% per annum compounded annually until fully paid.

SO ORDERED. This 24th day of March, 2016.

**This Judgment Filed and Entered on March 24, 2016, and Copies To:**

| | |
|---|---|
| Natalie M. Rice | (via CM/ECF Notice of Electronic Filing) |
| William Sutton Cherry, III | (via CM/ECF Notice of Electronic Filing) |
| Andrew Epstein | (via CM/ECF Notice of Electronic Filing) |
| Jon H. Lieberg | (via CM/ECF Notice of Electronic Filing) |

DATE:　　　　　　　　　　　　　　　　JULIE RICHARDS JOHNSTON, CLERK

March 24, 2016　　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　Deputy Clerk